# WHITING G. PRESS
## v.
# RIDGWAY REFRIGERATOR MANUFACTURING COMPANY.

*Practice—Failure to File Declaration.*

This court reverses a judgment by default against the defendant, no declaration having been filed within the proper time.

[Opinion filed October 23, 1890.]

IN ERROR to the County Court of Cook County; the Hon. RICHARD PRENDERGAST, Judge, presiding.

Mr. WILLIAM LAW, JR., for plaintiff in error.

No appearance for defendant in error.

GARY, J. The plaintiff in error, defendant below, was summoned more than ten days before the October term, 1888, of the County Court. No declaration was filed until during the November term. At the February term, 1889, the plaintiff in error not having appeared in the suit, judgment by default was entered against him.

This was error. No declaration having been filed ten days before the November term, the right to pursue the defendant in that action was gone, unless the defendant should waive the

objection. Sec. 17, Practice Act; Pratt v. Grimes, 35 Ill. 164; Moody v. Thomas, 79 Ill. 274.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*